IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TAMMY C.,

        Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

        Defendant.

No. 6:22-cv-00418-HZ

ORDER

HERNÁNDEZ, District Judge:

Plaintiff Tammy C. brought this action seeking review of the Commissioner's final decision to deny disability insurance benefits. On April 21, 2023, the Court reversed the Commissioner's decision and ordered that the case be remanded for additional proceedings. Op. & Order, ECF 18. Judgment was also entered on April 21, 2023. J., ECF 19. On May 1, 2024, Plaintiff's counsel received notice of Plaintiff's award for benefits. Pl. Mot. Ex. A, ECF 22-1.

Plaintiff now seeks an award of fees of $26,254.18 pursuant to 42 U.S.C. § 406(b). Pl. Mot., ECF 22. Defendant has no objection to the request. *Id*. The Court has reviewed the record

1 – ORDER

in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees reasonable.

The Court GRANTS the motion [22] and awards Plaintiff's counsel $26,254.18 in attorney's fees under 42 U.S.C. § 406(b). When issuing the section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the amount previously received under EAJA and send Plaintiff's attorney the balance of $18,504.18 less any applicable processing fees as allowed by statute. Any amount withheld after all administrative and court attorney's fees are paid should be released to Plaintiff.

IT IS SO ORDERED.

DATED: \_\_\_\_\_June 23, 2024_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER